Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18−14677−CMG
                      Chapter: 13
                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette Volpetti
   11 Rita Drive
   Howell, NJ 07731

Social Security No.:
   xxx−xx−8634

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 2, 2018
JAN: bwj

                                                      Jeanne Naughton
                                                       Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 18-14677-CMG
Annette Volpetti                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Aug 02, 2018
                               Form ID: 148             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
```
db             +Annette Volpetti,    11 Rita Drive,    Howell, NJ 07731-2267
cr             +Bayview Loan Servicing, LLC,    McCalla Raymer Leibert Pierce, LLC,    99 Wood Avenue South,
                 Suite 803,    Iselin, NJ 08830-2713
517541339       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
517379729      +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517379730       PAM, LLC-PA Turnpike,    PO Box 1153,    Milwaukee, WI 53201-1153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 22:27:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 22:27:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517379723       EDI: ARSN.COM Aug 03 2018 02:23:00      ARS National Services,    PO Box 469046,
                 Escondido, CA 92046-9046
517379722       EDI: AMEREXPR.COM Aug 03 2018 02:23:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517379724      +EDI: CAPITALONE.COM Aug 03 2018 02:23:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517379727       E-mail/Text: camanagement@mtb.com Aug 02 2018 22:27:43      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
517379728      +E-mail/Text: bknotices@mbandw.com Aug 02 2018 22:27:57      McCarthy Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
517379731       EDI: PRA.COM Aug 03 2018 02:23:00      Portfolio Recovery Associates,    140 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
517446664       EDI: PRA.COM Aug 03 2018 02:23:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517534292       EDI: PRA.COM Aug 03 2018 02:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517379733       EDI: RMCB.COM Aug 03 2018 02:23:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
517515580      +EDI: AIS.COM Aug 03 2018 02:23:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517379734       EDI: VERIZONCOMB.COM Aug 03 2018 02:23:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517379725*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517379732*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:    Portfolio Recovery Associates,    140 Corporate Blvd Ste 1,
                 Norfolk, VA 23502)
517379726      ##+Central Credit Services LLC,    PO Box 1898,    Saint Charles, MO 63302-1898
                                                                                     TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Aug 02, 2018
                              Form ID: 148               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              James J. Cerbone     on behalf of Debtor Annette  Volpetti cerbonelawfirm@aol.com
              Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```